# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-02542-REB-MJW

JULIE MILLS, D.O.,

    Plaintiff,

v.

COLORADO WEST HEALTHCARE,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on the **Joint Motion To Refer Case to Local Magistrate** [#11] filed November 18, 2013.  The motion is **GRANTED**.  The court's **Order Referring Case** [#6] entered September 18, 2013, and referring the case to United States  Magistrate Judge Michael J. Watanabe, is **WITHDRAWN**.  The court shall enter a new order referring this matter to United States Magistrate Judge Gordon Gallagher as soon as practicable,

    Dated:  November 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.