# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  13-cv-02542-REB-GPG

JULIE MILLS, D.O.,

    Plaintiff,

v.

COLORADO WEST HEALTHCARE SYSTEM,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss All Claims Against Defendant with Prejudice** [#38][1] filed April 28, 2015.  After careful review of the stipulated motion and the file, I conclude that the motion should be granted and that the action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss All Claims Against Defendant with Prejudice** is granted;

2. That any pending pretrial deadlines and hearings are vacated;

3. That the **Defendant's Motion for Summary Judgment** [#30] filed December 29, 2014, is denied as moot; and

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated  April 30, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge